| | |
|---|---|
| *Attorney or Party without Attorney:* <br>Law Offices Of: MARK E. MERIN ESQ., Bar #043849 <br>2001 P STREET <br>SUITE 100 <br>SACRAMENTO, CA 95814 <br>*Telephone No:* 916-443-6911   *FAX No:* 916-447-8336 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* MICHAEL TODD
*Defendant:* COUNTY OF SOLANO

| PROOF OF SERVICE <br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: <br>2:07-00726-FCD-EFB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER REQUIRING JOINT STATUS REPORT; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; BLANK CONSENT; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; BLANK STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM

3. a. *Party served:* COUNTY OF SOLANO
   b. *Person served:* MARCIA HUFF, ADMINISTRATIVE ASSISTANT, White, Female, 55 Years Old, Blond Hair, 5 Feet 2 Inches, 130 Pounds

4. *Address where the party was served:* BOARD OF SUPERVISORS <br>675 TEXAS STREET <br>SUITE 6500 <br>FAIRFIELD, CA 94533

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 18, 2007 (2) at: 4:15PM

7. *Person Who Served Papers:*
   a. KAY REINHART

   MOE'S PROCESS SERVING
   2300 P Street
   Sacramento, CA 95816
   (916) 498-0808
   FAX (916) 498-0817

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $48.00
   e. I am: (3) registered California process server
      (i) Employee
      (ii) *Registration No.:* 2000-09
      (iii) *County:* Sacramento
      (iv) *Expiration Date:* Fri, Jan. 25, 2008

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Thu, Apr. 19, 2007

   *(signature)* Kay Reinhart
   (KAY REINHART)

| Judicial Council Form <br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br>SUMMONS IN A CIVIL CASE | | *merin.107657* |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Law Offices Of: MARK E. MERIN ESQ., Bar #043849<br>2001 P STREET<br>SUITE 100<br>SACRAMENTO, CA 95814<br>*Telephone No:* 916-443-6911   *FAX No:* 916-447-8336 | | | | *For Court Use Only* |
| *Attorney for:* Plaintiff | | | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA | | | | |
| *Plaintiff:* MICHAEL TODD | | | | |
| *Defendant:* COUNTY OF SOLANO | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:07-00726-FCD-EFB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER REQUIRING JOINT STATUS REPORT; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; BLANK CONSENT; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; BLANK STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM

3. a. *Party served:* GARY R STANTON
   b. *Person served:* PAULETTE DUCLAIR, ADMINISTRATIVE SECRETARY, AUTHORIZED TO ACCEPT SERVICE., White, Female, 50 Years Old, Brown Hair, 5 Feet 7 Inches, 230 Pounds

4. *Address where the party was served:* JUSTICE CENTER DETENTION FACILITY
   500 UNION AVENUE
   FAIRFIELD, CA 94533

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 18, 2007 (2) at: 4:35PM

7. *Person Who Served Papers:*
   a. KAY REINHART
   
   MOE'S PROCESS SERVING ONLY
   2300 P Street
   Sacramento, CA 95816
   (916) 498-0808
   FAX (916) 498-0817

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $48.00
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2000-09
      (iii) County: Sacramento
      (iv) Expiration Date: Fri, Jan. 25, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, Apr. 19, 2007

*Signature:* Kay Reinhart
(KAY REINHART)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

*merin.107658*