**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Terence J. Cassidy, SBN 099180
350 University Avenue, Suite 200
Sacramento, CA 95825
(916) 929-1481
(916) 927-3706 (facsimile)

ATTORNEYS FOR: Defendants COUNTY OF SOLANO and GARY R. STANTON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TODD, on behalf of himself and all those similarly situated,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SOLANO; SOLANO COUNTY SHERIFF GARY R. STANTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; SOLANO COUNTY SHERIFF'S DEPUTIES DOES 1 through 20, inclusive,<br><br>　　　Defendants.<br>_____/ | Case No. CIV 07-0726 FCD EFB<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff MICHAEL TODD and Defendants COUNTY OF SOLANO and GARY R. STANTON, by and through their undersigned counsel, that the time for Defendants herein to respond to the Complaint shall be extended up to and including May 29, 2007.

Dated: May 8, 2007                    LAW OFFICES OF MARK E. MERIN


　　　　　　　　　　　　　　　　　　By   /s/ Mark E. Merin
　　　　　　　　　　　　　　　　　　　　Mark E. Merin
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　MICHAEL TODD

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1

00501393.WPD **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 8, 2007 | PORTER, SCOTT, WEIBERG & DELEHANT<br>A Professional Corporation |
| 3 | | |
| 4 | | By   /s/ Terence J. Cassidy |
| 5 | | Terence J. Cassidy<br>Attorney for Defendants |
| 6 | | COUNTY OF SOLANO and<br>GARY R. STANTON |

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

2

00501393.WPD **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**