**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Terence J. Cassidy, SBN 099180
350 University Avenue, Suite 200
Sacramento, CA 95825
(916) 929-1481
(916) 927-3706 (facsimile)

ATTORNEYS FOR: Defendants COUNTY OF SOLANO and GARY R. STANTON

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TODD, on behalf of himself and all those similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>COUNTY OF SOLANO; SOLANO COUNTY SHERIFF GARY R. STANTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; SOLANO COUNTY SHERIFF'S DEPUTIES DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. CIV 07-0726 FCD EFB<br><br>**DEFENDANTS' ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** |

Defendants COUNTY OF SOLANO and GARY R. STANTON respond to Plaintiff's Complaint as follows:

1.  Answering paragraphs Introduction and Jurisdiction these answering Defendants contend that said paragraphs contain conclusions of law and not averments of fact to which an answer may be deemed required, but insofar as an answer may be deemed required, these answering Defendants generally and specifically deny each and every allegation contained in said paragraphs.

2.  Answering paragraph 1, these answering Defendants lack sufficient information or knowledge to enable them to answer the allegations contained in said

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1

00505470.WPD   **DEFS' ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

paragraph, and basing their denial on that ground, generally and specifically deny each and every remaining allegation contained in said paragraph.

3. Answering paragraph 2, these answering Defendants admit that SOLANO COUNTY SHERIFF GARY R. STANTON is the duly elected Sheriff of SOLANO COUNTY. Answering the remaining allegations contained in said paragraph, these answering Defendants lack sufficient information and knowledge to enable them to answer the remaining allegations contained in said paragraph, and basing their denial on that ground generally and specifically deny each and every remaining allegation contained in said paragraph.

4. Answering paragraphs 3, 4, 5, and 8 these answering Defendants lack sufficient information or knowledge to enable them to answer the allegations contained therein, basing their denial on that ground, generally and specifically deny each and every allegation contained in said paragraphs.

5. Answering paragraph 6, these answering Defendants admit that SOLANO COUNTY is a division of the State of California. Answering the remaining allegations contained in said paragraph, these answering Defendants generally and specifically deny each and every remaining allegation contained in said paragraph.

6. Answering paragraph 7, these answering Defendants generally and specifically deny each and every allegation contained in said paragraph.

**FACTS**

7. Answering paragraphs 9, 10, 11, 12, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and 28 these answering Defendants lack sufficient information or knowledge to enable them to answer the allegations contained in said paragraphs, basing their denial on that ground, generally and specifically deny each and every allegation contained in said paragraphs.

8. Answering paragraphs 13, 14, and 15, these answering Defendants generally and specifically deny each and every allegation contained in said paragraphs.

///

LAW OFFICES OF
PORTER, SCOTT,
WEIBERG & DELEHANT
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

2

00505470.WPD   **DEFS' ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

## COUNT ONE

**(Violation of Fourth and Fourteenth Amendments to the U.S. Constitution on Behalf of Plaintiff and all Persons Similarly Situated)**

30. Answering paragraph 29, these answering Defendants incorporate by reference, as though fully set forth herein, their responses to each of the proceeding paragraphs of this answer.

31. Answering paragraph 30, these answering Defendants generally and specifically deny each and every allegation contained in said paragraph.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims and each of them against these answering Defendants fail to state claims upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims and each of them are barred under the doctrine set forth in McMillian v. Monroe County, (1997) 117 S. Ct. 1734 and the Eleventh Amendment to the U.S. Constitution in that the conduct complained of occurred, if at all, on behalf of the State and not the County.

### THIRD AFFIRMATIVE DEFENSE

At all times mentioned in the Complaint Defendants, and each of them, were acting in good faith and entitled to the good faith qualified immunity.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims and each of them against these answering Defendants are barred by the immunities and defenses described in California Government Code §§ 815 et seq. and 900 et seq., of the Government Code.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims and each of them are barred on the grounds that reasonable suspicion and/or probable cause existed for this search, if any conducted.

///

LAW OFFICES OF
PORTER, SCOTT,
WEIBERG & DELEHANT
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

3

00505470.WPD   DEFS' ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs failed to exercise reasonable diligence so as to mitigate the damages, if any, alleged in the Complaint, and said conduct was the sole and proximate cause of said injuries.

### PRAYER FOR RELIEF

WHEREFORE, Defendants COUNTY OF SOLANO and GARY R. STANTON pray for judgment as follows:

1. That Plaintiffs' actions be dismissed;
2. That Plaintiffs take nothing by way of their Complaint;
3. That Defendants be awarded their costs of suit, including attorney fees; and
4. For such other relief as the Court deems proper.

DATED: May 29, 2007           PORTER, SCOTT, WEIBERG & DELEHANT
                              A Professional Corporation


                              By   /s/ Terence J. Cassidy
                                   Terence J. Cassidy
                                   Attorneys for Defendants
                                   COUNTY OF SOLANO and
                                   GARY R. STANTON

### DEMAND FOR JURY TRIAL

Defendants COUNTY OF SOLANO and GARY R. STANTON hereby demand a trial by jury in the above-entitled action as provided by the Seventh Amendment to the United States Constitution and Federal Rule of Civil Procedure 38.

DATED: May 29, 2007           PORTER, SCOTT, WEIBERG & DELEHANT
                              A Professional Corporation


                              By   /s/ Terence J. Cassidy
                                   Terence J. Cassidy
                                   Attorneys for Defendants
                                   COUNTY OF SOLANO and
                                   GARY R. STANTON

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

4

00505470.WPD    DEFS' ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL