**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SOLANO and GARY R. STANTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TODD, on behalf of himself and all those similarly situated,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SOLANO; SOLANO COUNTY SHERIFF GARY R. STANTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; SOLANO COUNTY SHERIFF'S DEPUTIES DOES 1 through 20, inclusive,<br><br>　　　Defendants.<br>_____/ | Case No. CIV 07-0726 FCD EFB<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　**PLEASE TAKE NOTICE** that effective June 11, 2007, our firm name has changed from Porter, Scott, Weiberg & Delehant, A Professional Corporation to Porter Scott, A Professional Corporation. The firm's address, telephone and fax numbers will remain the same.

Dated:  June 12, 2007　　　　　　　　　PORTER SCOTT
　　　　　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION


　　　　　　　　　　　　　　　　　　By　 /s/ Terence J. Cassidy
　　　　　　　　　　　　　　　　　　　　Terence J. Cassidy
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

---

1

**NOTICE OF CHANGE OF FIRM NAME**

00509433.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com