**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Stephen W. Robertson, SBN 228708
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SOLANO and GARY R. STANTON

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TODD, on behalf of himself and all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SOLANO; SOLANO COUNTY SHERIFF GARY R. STANTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; SOLANO COUNTY SHERIFF'S DEPUTIES DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____ / | Case No. CIV 07-0726 FCD EFB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL DEPARTMENT OF JUSTICE'S RESPONSE TO SUBPOENA DUCES TECUM**<br><br>[Fed. R. Civ. Proc., Rule 45(c)(2)(B)]<br><br>Date: January 23, 2008<br>Time: 10:00 a.m.<br>Dept.: 25<br><br>Complaint Filed: April 16, 2007 |

TO THE DEPARTMENT OF JUSTICE AND ALL PARTIES:

Please take notice that on **January 23, 2008** at **10:00 a.m.** or as soon thereafter as the matter may be heard in the courtroom of the Honorable Magistrate Judge Edmund F. Brennan, United States Courthouse, 501 I Street, Sacramento, California, Defendants COUNTY OF SOLANO and GARY R. STANTON will move this court for an order compelling the Department of Justice to produce the records requested in Defendants' Subpoena Duces Tecum on the grounds that the requested documents are relevant to this matter and reasonably calculated to lead to the discovery of admissible evidence.

Defendants hereby move this court for an order compelling the California Department of Justice to produce documents responsive to Defendants' Subpoena Duces Tecum served

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL**
00549231.WPD

1  on October 17, 2007. The Subpoena Duces Tecum was properly served on the California
2  Department of Justice in accordance with Federal Rule of Civil Procedure 45(a) and 45(b).
3      This motion is brought pursuant to the Federal Rule of Civil Procedure 45(c)(2)(B)
4  on the grounds that the requested documents are relevant to this matter and reasonably
5  calculated to lead to the discovery of admissible evidence.
6      This motion is based on this Notice of Motion and Motion, the Memorandum of
7  Points and Authorities filed herewith, the Declaration of Stephen W. Robertson and
8  accompanying exhibits filed herewith, the entire court file and any other pleadings and/or
9  evidence that may be filed in support of this motion.

10                        Respectfully Submitted,
11 Dated: January 2, 2008         PORTER SCOTT
                                  A PROFESSIONAL CORPORATION
12
13
                                  By /s/ Stephen W. Robertson
14                                    Terence J. Cassidy
                                      Stephen W. Robertson
15                                    Attorneys for Defendants COUNTY OF
                                      SOLANO and GARY R. STANTON
16
17
18
19
20
21
22
23
24
25
26
27
28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL
00549231.WPD