**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Stephen W. Robertson, SBN 228708
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SOLANO and GARY R. STANTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TODD, on behalf of himself and all those similarly situated,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SOLANO; SOLANO COUNTY SHERIFF GARY R. STANTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; SOLANO COUNTY SHERIFF'S DEPUTIES DOES 1 through 20, inclusive,<br><br>　　　Defendants. | Case No. CIV 07-0726 FCD EFB<br><br>**DECLARATION OF STEPHEN W. ROBERTSON IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DEPARTMENT OF JUSTICE'S RESPONSE TO SUBPOENA DUCES TECUM**<br><br>[Fed. R. Civ. Proc., Rule 45(c)(2)(B)]<br><br>Date: January 23, 2008<br>Time: 10:00 a.m.<br>Dept.: 25<br><br>Complaint Filed: April 16, 2007 |

I, Stephen W. Robertson, declare:

1.　I am an attorney at law licensed to practice in all of the courts in the State of California and the United States District Court, Eastern District of California, and am an associate in the law firm of Porter Scott, attorneys of record for Defendants COUNTY OF SOLANO and GARY R. STANTON.

2.　Attached hereto as "Exhibit A" is a true and correct copy of the October 10, 2007 Subpoena Duces Tecum served on the California Department of Justice on October 17, 2007. Notice of the subpoena was also given to Plaintiff MICHAEL TODD, as required by

1

DECLARATION OF STEPHEN W. ROBERTSON IN SUPPORT OF DEFENDANTS' MOTION TO
COMPEL DEPARTMENT OF JUSTICE'S RESPONSE TO SUBPOENA DUCES TECUM

00549236.WPD

1 | law, on October 11, 2007.

2 |     3. Attached hereto as "Exhibit B" is a true and correct copy of October 31, 2007, correspondence sent to shareholder Terence J. Cassidy of this firm, from Dennis M. Cross on behalf of the California Department of Justice, which sets forth their objections to the subpoena.

    4. The nature of the Plaintiff's arrest along with the prior arrest record for the Plaintiff are crucial factors in the defense of this case. Defendants intend on introducing this type of evidence as information relied upon by the correctional officers involved in this lawsuit as to why they performed a strip search on the plaintiff, if a strip search was completed. Without this evidence, defendants will be unable to establish its claims and defenses and therefore will be unduly prejudiced in its ability to properly provide a defense.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct, and, if called to testify as a witness in this matter, can testify competently as to the matters of fact contained therein based upon personal knowledge.

Executed this <u>2nd</u> day of January 2008, at Sacramento, California.


                      /s/ Stephen W. Robertson
                      Stephen W. Robertson

2

**DECLARATION OF STEPHEN W. ROBERTSON IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DEPARTMENT OF JUSTICE'S RESPONSE TO SUBPOENA DUCES TECUM**

00549236.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

# EXHIBIT A

# United States District Court

EASTERN _____ DISTRICT OF _____ CALIFORNIA

MICHAEL TODD,

PLAINTIFF(S),

V.

COUNTY OF SOLANO, ET AL.,

DEFENDANT(S),

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1] CIV 07-0726 FCD EFB

**RECEIVED OCT 18 2007** By P. Spruce

TO: CUSTODIAN OF RECORDS
DEPARTMENT OF JUSTICE    C/O STATE OF CALIFORNIA
4949 BROADWAY
SACRAMENTO, CALIFORNIA 95820

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
ANY AND ALL RECORDS CONCERNING THE CRIMINAL HISTORY OF MICHAEL JAMES TODD, AFIS: 100000222942, FBI: 156687AA7, DOB: 07/02/60, SS#: 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 AND/OR 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, CADL OR CA ID# U0055512.
AKA: MICHAEL JAMES TODD

| PLACE | DATE AND TIME |
|---|---|
| COMPEX LEGAL SERVICES, INC.<br>1824 TRIBUTE ROAD, SUITE 'J'<br>SACRAMENTO, CA 95815 | 11/07/07<br>9:00 AM |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to the suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>/S/ TERENCE J. CASSIDY  ATTORNEY-AT-LAW<br>ATTORNEY(S) FOR DEFENDANT,<br>COUNTY OF SOLANO AND GARY R. STANTON | DATE<br>10/10/07 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>PORTER SCOTT<br>350 UNIVERSITY AVENUE, SUITE 200<br>SACRAMENTO, CA 95825 | (916)929-1481 |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance state district under case number.

```
TERENCE J. CASSIDY                          State Bar No. 099180
PORTER SCOTT
350 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 929-1481


ATTORNEY(S) FOR DEFENDANT
COUNTY OF SOLANO AND GARY R. STANTON
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TODD, | CASE NO. CIV 07-0726 FCD EFB |
| PLAINTIFF(S) | NOTICE OF TAKING DEPOSITION<br>NO APPEARANCE NECESSARY |
| VS. | RECORDS ONLY |
| COUNTY OF SOLANO, ET AL., | |
| DEFENDANT(S) | DATE: NOVEMBER 07, 2007<br>TIME: 9:00 AM |

TO ALL APPEARING PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT AT THE HOUR OF 9:00 AM ON THE

7TH DAY OF NOVEMBER, 2007, AT THE OFFICES OF

COMPEX LEGAL SERVICES, INC., 1824 TRIBUTE ROAD, SUITE 'J'

A, SACRAMENTO, CA 95815,

THE DEFENDANT(S) WILL TAKE THE DEPOSITION OF THE CUSTODIAN(S) OF

RECORD OF THE FOLLOWING BUSINESS(ES):

DEPARTMENT OF JUSTICE C/O STATE OF CALIFORNIA

///

///

///

///

```
 1  BEFORE ANY NOTARY PUBLIC AUTHORIZED TO ADMINISTER OATHS IN THE STATE
 2  OF CALIFORNIA.
 3  DATED: OCTOBER 10, 2007
 4
 5                                      PORTER SCOTT
 6
 7                                      BY:  /s/ Terence J. Cassidy
 8                                           TERENCE J. CASSIDY
 9                                           ATTORNEY(S) FOR DEFENDANT
10  ///
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

I am employed in SACRAMENTO County, California. I am over the age of 18 and not a party to the within action; my business address is: 1824 TRIBUTE ROAD, SUITE 'J' SACRAMENTO, CALIFORNIA 95815

On  10/11/07,   I gave notice to:   SEE SERVICE LIST BELOW

On the above date, I served true copies of the following documents;
Subpoena Duces Tecum

To each party appearing in this action, at the address below, by placing true copies thereof enclosed in a sealed envelope with postage fully pre-paid, in the United States mail at  2000 ROYAL OAK DRIVE SACRAMENTO, CALIFORNIA 95813

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on  10/11/07.

SIGNED: _____
Kimberly K. Mast

LAW OFFICE OF MARK E. MERIN
MARK E. MERIN, ESQ.
2001 'P' STREET, SUITE 100
SACRAMENTO, CALIFORNIA 95814

**PROOF OF SERVICE BY MAIL**

# EXHIBIT B

*Edmund G. Brown Jr.*
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE** 

BUREAU OF CRIMINAL INFORMATION AND ANALYSIS
P.O. BOX 903387
SACRAMENTO, CA 94203-3870
Facsimile: (916) 227-4815
(916) 227-3460

October 31, 2007

Terrence J. Cassidy  SBN 099180
Porter Scott
350 University Avenue, Suite 200
Sacramento, CA 95825

RE: MICHAEL TODD, PLAINTIFF(S) vs. COUNTY OF SOLANO, ET AL., DEFENDANT(S)
    U.S.D.C., Eastern District of California, Case No.: CIV 07-0726 FCD EFB

Dear Mr. Cassidy:

The California Department of Justice ("DOJ") is in receipt of your Federal Civil Subpoena dated October 10, 2007, and served upon the DOJ on October 18, 2007, requesting production of records in the above-entitled matter. Specifically, you have requested the production of *"ANY AND ALL RECORDS CONCERNING THE CRIMINAL HISTORY OF MICHAEL JAMES TODD, AFIS: 100000222942, FBI: 156687AA7, DOB: 07/02/60, SS#: 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 AND/OR 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, CADL OR CA ID# U0055512. AKA: MICHAEL JAMES TODD"*. A copy of your Federal Civil Subpoena is attached to this response.

First and foremost, please consider this letter an objection pursuant to the provisions of Rule 45(c)(2)(B) of the Federal Rules of Civil Procedure and notice that no records will be produced. Your request for *"any and all records concerning the criminal history of Michael Todd"* is too general for this Department to respond to. Criminal history information of individuals are maintained not only at the state level, but also at the local, out of state, and the federal level. I request you be more specific on the type of information you are seeking.

Finally, if the documents you are seeking is an individual's California criminal history, of which I am the custodian, the DOJ cannot produce these records as they are privileged and confidential, and are statutorily prohibited from disclosure except under specifically defined circumstances, pursuant but not limited to California PC sections 11175, 11076, 11105 and 11141 et seq., California Civil Code section 1798, et seq., Evidence Code section 1040, and the right to privacy as secured by the California and United States Constitutions.

MICHAEL TODD, vs. COUNTY OF SOLANO, ET AL.
page 2

If you have any questions, please don't hesitate to contact me.

Sincerely,

DENNIS N. CROSS
Keeper of Records
Communications Administration Program
Bureau of Criminal Information and Analysis

For   EDMUND G. BROWN JR.
Attorney General

DNC:dc
cc: Compex Legal Services