Case Name: <u>Todd, et al. v. County of Solano, et al.</u>
Case No.:   USDC EDCA CIV 07-0726 FCD EFB

## DECLARATION OF SERVICE

I am a citizen of the United States and employed in Sacramento County, California; I am over the age of 18 years and not a party to the within action; my business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below I served the attached:

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL DEPARTMENT OF JUSTICE'S RESPONSE TO SUBPOENA DUCES TECUM**

_____    **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

  XXX    **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the office of the person(s) listed below.

_____    **BY OVERNIGHT DELIVERY:** I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

_____    **BY FACSIMILE:** I caused such document to be transmitted by facsimile machine to the office of the person(s) listed below.

addressed as follows:

Custodian of Records
Department of Justice c/o State of California
4949 Broadway
Sacramento, CA 95820

   I declare under penalty of perjury that the foregoing is true and correct and was executed on January 3, 2008, in Sacramento, California.

                                     _____
                                                Kim Taylor-Sundstrom

Case Name: **Todd, et al. v. County of Solano, et al.**
Case No.:  USDC EDCA CIV 07-0726 FCD EFB

## DECLARATION OF SERVICE

I am a citizen of the United States and employed in Sacramento County, California; I am over the age of 18 years and not a party to the within action; my business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below I served the attached:

**DECLARATION OF STEPHEN W. ROBERTSON IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DEPARTMENT OF JUSTICE'S RESPONSE TO SUBPOENA DUCES TECUM**

_____  **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

XXX   **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the office of the person(s) listed below.

_____  **BY OVERNIGHT DELIVERY:** I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

_____  **BY FACSIMILE:** I caused such document to be transmitted by facsimile machine to the office of the person(s) listed below.

addressed as follows:

Custodian of Records
Department of Justice c/o State of California
4949 Broadway
Sacramento, CA 95820

I declare under penalty of perjury that the foregoing is true and correct and was executed on January 3, 2008, in Sacramento, California.

_____
Kim Taylor-Sundstrom

Case Name: <u>Todd, et al. v. County of Solano, et al.</u>
Case No.:   USDC EDCA CIV 07-0726 FCD EFB

## DECLARATION OF SERVICE

I am a citizen of the United States and employed in Sacramento County, California; I am over the age of 18 years and not a party to the within action; my business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below I served the attached:

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DEPARTMENT OF JUSTICE RESPONSE TO SUBPOENA DUCES TECUM**

_____   **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

XXX   **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the office of the person(s) listed below.

_____   **BY OVERNIGHT DELIVERY:** I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

_____   **BY FACSIMILE:** I caused such document to be transmitted by facsimile machine to the office of the person(s) listed below.

addressed as follows:

Custodian of Records
Department of Justice c/o State of California
4949 Broadway
Sacramento, CA 95820

I declare under penalty of perjury that the foregoing is true and correct and was executed on January 3, 2008, in Sacramento, California.

*/s/ Kim B. Taylor-Sundstrom*
Kim Taylor-Sundstrom

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00534464.WPD   PROOF OF SERVICE   1