**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Stephen W. Robertson, SBN 228708
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SOLANO and GARY R. STANTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TODD, on behalf of himself and all those similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTY OF SOLANO; SOLANO COUNTY SHERIFF GARY R. STANTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; SOLANO COUNTY SHERIFF'S DEPUTIES DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. CIV 07-0726 FCD EFB<br><br>**DEFENDANTS' REPLY TO THE DEPARTMENT OF JUSTICE'S OPPOSITION TO THE MOTION TO COMPEL RESPONSE TO SUBPOENA DUCES TECUM**<br><br>Date: January 30, 2008<br>Time: 10:00 a.m.<br>Dept.: 25 |

Defendants COUNTY OF SOLANO and GARY R. STANTON respectfully submit the following reply memorandum of points and authorities to the Department of Justice's Opposition to the Motion to Compel Response to Subpoena Duces Tecum.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00556024.WPD

1

DEFENDANTS' REPLY TO THE DEPARTMENT OF JUSTICE'S OPPOSITION TO THE MOTION TO COMPEL RESPONSE TO SUBPOENA DUCES TECUM

## I.

## THE DOJ CONCEDES THAT PLAINTIFF WAIVED HIS PRIVACY RIGHTS AND THAT THE RECORDS SOUGHT ARE RELEVANT TO THE DEFENSE.

Defendants have set forth a detailed basis of why the records sought are highly relevant and how the criminal records of the Plaintiff will be used should they be produced. The Department does not oppose the relevancy of the records or object to how the records are anticipated to be used in the defense in this case. (DOJ Opposition, p.4:5-9) In addition, Defendants have set forth sufficient grounds as to why the Plaintiff has waived any privacy rights to the disclosure of his criminal history records. In its opposition, the Department fails to present any legal argument to demonstrate that the privacy rights of the Plaintiff are not waived. Accordingly, the Department concedes that the records maintained by the Department are highly relevant to the defense of this matter. Further, the Department concedes that Plaintiff has impliedly waived his privacy rights regarding his criminal history records when he filed the instant lawsuit. For these reasons, the motion should be granted.

## II.

## THE DOJ FAILS TO DISTINGUISH PAGANO AND IMPROPERLY RELIES ON STATE STATUTORY LAW

The Department argues that since Defendants have not provided any state or federal authority which abrogates the Department's obligations under the California Penal Code, the California Penal Code still applies. (DOJ Opposition pp.3:15 - 4:3) This is misguided because the Department fails to set forth any legal argument or analysis how this case involves any state claims and fails to distinguish the holding in Pagano v. Oroville Hospital, 145 F.R.D. 683, 687 (E.D.Cal. 1993). Instead, the Department argues that federal courts should look to the law of the forum state, however, that position is contrary to case law and expressly disapproved by Jaffee v. Redmond (1996) 518 U.S. 1. Folb v. Motion Picture Industry Pens.& Health Plans (1998) 16 F.Supp.2d 1164.

In Folb, the court emphasized that Federal Rule of Evidence 501 mandates that federal courts recognize state privileges only in cases in which state law provides the rule of decision. Id. at 1169. The Advisory Committee Notes to Federal Rule of Evidence 501 make

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00556024.WPD

2

DEFENDANTS' REPLY TO THE DEPARTMENT OF JUSTICE'S OPPOSITION TO THE MOTION TO COMPEL RESPONSE TO SUBPOENA DUCES TECUM

clear that state law applies only in diversity cases. This is a federal question case since the only claim for relief is a federal statute, i.e. federal claims for violations of the Fourth and Fourteenth Amendments of the United States Constitution pursuant to 42 U.S.C. section 1983. According to Folb, in federal question cases where pendent state law claims are pled, the federal common law of privileges should govern all claims of privilege raised in the litigation. (Id. at 1169.) Since federal law controls a federal question case even if state law claims are attached, where as here only a federal claim is pled, federal law must control. Accordingly, the arguments of the Department lack merit.

Similar arguments by the Department have been previously raised in other cases in which a subpoena for the criminal history records of a plaintiff have been sought. However, those arguments have failed. This Court has previously ordered production of the criminal history records of a plaintiff suing a municipality under 42 U.S.C. §1983 for civil rights violations. See the matter of Cato v. County of Sacramento, et.al. Case No. Civ. S-01-0524 MCE GGH P, Court Order dated March 17, 2004, Docket No. 81. The same result should occur here because Federal Law controls.

### III.

### A PROTECTIVE ORDER WILL SUFFICIENTLY ADDRESS THE CONCERNS OF THE DEPARTMENT OF JUSTICE

Defendants are not ignorant of the Department's general responsibility to prevent disclosure of criminal history records, absent a court order. Therefore, Defendants submit that they will enter into a protective order providing for disclosure of the requested documents, if the Court deems a protective order is warranted. A protective order will effectively protect the interests and concerns of the Department.

### IV.

### CONCLUSION

Without the ability to gain complete and reliable information from the Plaintiff, Defendants must turn to an alternative source to obtain reliable information maintained by a non-interested third party. Defendants seeks such relevant, reliable and necessary

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

3

DEFENDANTS' REPLY TO THE DEPARTMENT OF JUSTICE'S OPPOSITION TO THE MOTION TO COMPEL RESPONSE TO SUBPOENA DUCES TECUM
00556024.WPD

1  information from the California Department of Justice. Defendants have no other avenue to
2  obtain such reliable records of Plaintiff's criminal history. Thus, Defendants request this
3  Court grant Defendants' Motion to Compel and order the Department of Justice to produce
4  the subpoenaed documents in their entirety. In addition, Defendants are willing to enter into
5  a protective order if warranted by the Court.

6                                     Respectfully submitted,

7  Dated: January 23, 2008        PORTER SCOTT
                                           A PROFESSIONAL CORPORATION

10                                    By /s/ Stephen W. Robertson
                                        Terence J. Cassidy
                                        Stephen W. Robertson
11                                        Attorney for Defendants COUNTY OF SOLANO and GARY R. STANTON

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

4

00556024.WPD

DEFENDANTS' REPLY TO THE DEPARTMENT OF JUSTICE'S OPPOSITION TO THE MOTION TO COMPEL RESPONSE TO SUBPOENA DUCES TECUM

Case Name: **Todd, et al. v. County of Solano, et al.**
Case No.:   **USDC EDCA CIV 07-0726 FCD EFB**

## DECLARATION OF SERVICE

I am a citizen of the United States and employed in Sacramento County, California; I am over the age of 18 years and not a party to the within action; my business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below I served the attached:

**DEFENDANTS' REPLY TO THE DEPARTMENT OF JUSTICE'S OPPOSITION TO THE MOTION TO COMPEL RESPONSE TO SUBPOENA DUCES TECUM**

____ **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

XX  **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the office of the person(s) listed below.

Ashante Norton
Counsel for DOJ
4949 Broadway
Sacramento, CA 95820

____ **BY OVERNIGHT DELIVERY:** I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

____ **BY FACSIMILE:** I caused such document to be transmitted by facsimile machine to the office of the person(s) listed below.

I declare under penalty of perjury that the foregoing is true and correct and was executed on January 23, 2008, in Sacramento, California.

_____
Kim Taylor-Sundstrom

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00556389.WPD

1

DEFENDANTS' REPLY TO THE DEPARTMENT OF JUSTICE'S OPPOSITION TO THE MOTION TO COMPEL RESPONSE TO SUBPOENA DUCES TECUM