IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL TODD,** | **CASE NO. 2:07-cv-0726 FCD EFB** |
| Plaintiff(s), | **MINUTE ORDER** |
| vs. | |
| **COUNTY OF SOLANO, et al.,** | |
| Defendant(s). | |

At a session of the United States District Court for the Eastern District of California, in the City of Sacramento, on March 7, 2008

**PRESENT, THE HONORABLE FRANK C. DAMRELL, JR., JUDGE:**

Pursuant to the Order Requiring Status Report filed on April 17, 2007, a joint status report should have been filed within sixty (60) days of service of the complaint **on all parties**, or from the date of removal, the parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the court a **joint status report** that includes the Rule 26(f) discovery plan. A review of the docket shows that no report has been filed. Accordingly, a Joint Status Report **shall** be filed on or before April 7, 2008, **with all parties** participating. The parties are reminded that failure to file a joint status report, in a timely manner, may result in the imposition of sanctions.

**I hereby certify** that the foregoing is a true and correct statement of an order in the above captioned case this 7th day of March 2008.

**VICTORIA C. MINOR, CLERK**

By: /s/ Maureen A. Price
Maureen A. Price
Courtroom Deputy
(916) 930-4163 fax (916) 491-3932
e-mail: mprice@caed.uscourts.gov
Proposed orders to fcdorders@caed.uscourts.gov