1  LAW OFFICE OF MARK E. MERIN
   Mark E. Merin, SBN. 043849
2  Joshua Kaizuka, SBN 212195
   2001 P Street, Suite 100
3  Sacramento, California 95811
   Telephone: (916) 443-6911
4  Facsimile: (916) 447-8336
   Email: mark@markmerin.com

Attorneys for Plaintiffs

─o0o─

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

─o0o─

| | |
|---|---|
| MICHAEL TODD, JAMESY K. DAVIS, DEANGELA HARRIS, CARMEN HARRIS ROBINSON, BRADLEY WOLFE, on behalf of themselves and all those similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO; SOLANO COUNTY SHERIFF GARY R. STANTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; SOLANO COUNTY SHERIFF'S DEPUTIES DOES 1 through 100, and ROES 1 through 20, inclusive,<br><br>Defendants. | CASE NO: 2:07-cv-00726-FCD-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PRE-CERTIFICATION DISCOVERY DEADLINE** |

The parties have stipulated to and submitted to the Court for signature an order permitting amendment of the pleadings in the above-captioned matter to add several additional plaintiffs. In order to complete pre-certification discovery in light of the stipulated amendment, the parties hereby stipulate to an order revising the pre-certification discovery deadline from August 11, 2008, to October 24, 2008, the date by which pre-certification expert discovery is to be completed.

DATED: July 28, 2008           Respectfully submitted,

                               LAW OFFICE OF MARK E. MERIN


                                    /s/ - "Mark E. Merin"
                               BY:_____
                                    Mark E. Merin
                                    Attorneys for Plaintiffs

1

**STIPULATION & PROPOSED ORDER EXTENDING PRE-CERTIFICATION DISCOVERY DEADLINE**
*Todd, et al. v. Solano County, et al.;* USDC, No. Dist., Case No. 2:07-cv-00726-FCD-EFB

DATED: July 28, 2008            Respectfully submitted,

                                      PORTER SCOTT

                                        /s/ - "Terence J. Cassidy"
                               BY:_____
                                    Terence J. Cassidy
                                    Attorneys for Defendants

                                  **<u>ORDER</u>**

IT IS SO ORDERED.

DATED: _____

                                  _____
                                  HON. FRANK C. DAMRELL, JR.
                                  JUDGE, UNITED STATES DISTRICT COURT
                                  EASTERN DISTRICT

2

**STIPULATION & PROPOSED ORDER EXTENDING PRE-CERTIFICATION DISCOVERY DEADLINE**
*Todd, et al. v. Solano County, et al.;* USDC, No. Dist., Case No. 2:07-cv-00726-FCD-EFB