LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN. 043849
Joshua Kaizuka, SBN 212195
2001 P Street, Suite 100
Sacramento, California 95811
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
Email: mark@markmerin.com

Attorneys for Plaintiffs

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| MICHAEL TODD, JAMESY K. DAVIS, DEANGELA HARRIS, CARMEN HARRIS ROBINSON, BRADLEY WOLFE, on behalf of themselves and all those similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO; SOLANO COUNTY SHERIFF GARY R. STANTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; SOLANO COUNTY SHERIFF'S DEPUTIES DOES 1 through 100, and ROES 1 through 20, inclusive,<br><br>Defendants. | CASE NO: 2:07-cv-00726-FCD-EFB<br><br>**STIPULATION AND ORDER PERMITTING PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**<br><br>**[FRCP 15(a)]** |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 15(a), Defendants SOLANO COUNTY and SOLANO COUNTY SHERIFF GARY R. STANTON hereby consent to the filing of plaintiffs' First Amended Complaint, attached hereto as Exhibit A, to include JAMESY K. DAVIS, DEANGELA HARRIS, CARMEN HARRIS ROBINSON, and BRADLEY WOLFE as representative plaintiffs. The parties agree and hereby stipulate that by consenting to the filing of the First Amended Complaint, Defendants do ***not*** waive any challenges to the sufficiency of the First Amended Complaint or any defenses to the claims stated therein, including but not limited to challenges based on lack of jurisdiction and lack of standing, and defenses based on the statute of limitations. The parties further stipulate and agree that Defendants do ***not*** waive their right to move

1

1  to dismiss the First Amended Complaint under Federal Rule of Civil Procedure 12, move for

2  summary judgment on any of the claims stated in the First Amended Complaint under Federal

3  Rule of Civil Procedure 56, or to make any other motion challenging the First Amended Complaint

4  as may be necessary and appropriate.

5  DATED: July 28, 2008                    Respectfully submitted,

6                                          LAW OFFICE OF MARK E. MERIN

7
                                                    /s/ - "Mark E. Merin"
8                                          BY:_____
                                                    Mark E. Merin
9                                                   Attorneys for Plaintiffs

10  DATED: July 28, 2008                   Respectfully submitted,

11                                         PORTER SCOTT

12
                                                    /s/ - "Terence J. Cassidy"
13                                         BY:_____
                                                    Terence J. Cassidy
14                                                  Attorneys for Defendants

15                               **<u>ORDER</u>**

16       Good cause appearing, it is hereby ordered that plaintiffs' may file their First Amended

17  Complaint to supersede the original Complaint filed in this action.   Defendants must file a

18  response to the First Amended Complaint within 20 days of its being electronically filed and

19  served.

20  DATED:  July 29, 2008

21

22                                         _____
                                           FRANK C. DAMRELL, JR.
23                                         UNITED STATES DISTRICT JUDGE

24

25

26

27

28

---

**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT**
*Todd, et al.  v. Solano County, et al.;* USDC, No. Dist., Case No. 2:07-cv-00726-FCD-EFB