**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR: Defendants COUNTY OF SOLANO and GARY R. STANTON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TODD, on behalf of himself and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SOLANO; SOLANO COUNTY SHERIFF GARY R. STANTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; SOLANO COUNTY SHERIFF'S DEPUTIES DOES 1 through 20, inclusive,<br><br>Defendants.<br>_____ / | Case No. CIV 07-0726 FCD EFB<br><br>**DEFENDANTS' ANSWER TO FIRST AMENDEDCOMPLAINT; DEMAND FOR JURY TRIAL** |

Defendants COUNTY OF SOLANO and GARY R. STANTON respond to Plaintiff's First Amended Complaint as follows:

1. Answering paragraphs Introduction and Jurisdiction these answering Defendants contend that said paragraphs contain conclusions of law and not averments of fact to which an answer may be deemed required, but insofar as an answer may be deemed required, these answering Defendants generally and specifically deny each and every allegation contained in said paragraphs.

2. Answering paragraph 1, these answering Defendants lack sufficient information or knowledge to enable them to answer the allegations contained in said

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

**DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

00606581.WPD

1  paragraph, and basing their denial on that ground, generally and specifically deny each and
2  every remaining allegation contained in said paragraph.

3      3. Answering paragraph 2, these answering Defendants admit that SOLANO
4  COUNTY SHERIFF GARY R. STANTON is the duly elected Sheriff of SOLANO
5  COUNTY. Answering the remaining allegations contained in said paragraph, these
6  answering Defendants lack sufficient information and knowledge to enable them to answer
7  the remaining allegations contained in said paragraph, and basing their denial on that ground
8  generally and specifically deny each and every remaining allegation contained in said
9  paragraph.

10      4. Answering paragraphs 3, 4, 5, and 8 these answering Defendants lack sufficient
11  information or knowledge to enable them to answer the allegations contained therein, basing
12  their denial on that ground, generally and specifically deny each and every allegation
13  contained in said paragraphs.

14      5. Answering paragraph 6, these answering Defendants admit that SOLANO
15  COUNTY is a division of the State of California. Answering the remaining allegations
16  contained in said paragraph, these answering Defendants generally and specifically deny each
17  and every remaining allegation contained in said paragraph.

18      6. Answering paragraph 7, these answering Defendants generally and specifically
19  deny each and every allegation contained in said paragraph.

20  **FACTS**

21      7. Answering paragraphs 9, 10, 11, 12, 13, 14, 15, and 16 these answering
22  Defendants lack sufficient information or knowledge to enable them to answer the allegations
23  contained in said paragraphs, basing their denial on that ground, generally and specifically
24  deny each and every allegation contained in said paragraphs.

25      8. Answering paragraphs 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31,
26  32, 33 and 34, these answering Defendants generally and specifically deny each and every
27  allegation contained in said paragraphs.

28  ///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
**DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**
00606581.WPD

## COUNT ONE

**(Violation of Fourth and Fourteenth Amendments to the U.S. Constitution on Behalf of Plaintiff and all Persons Similarly Situated)**

30. Answering paragraph 35, these answering Defendants incorporate by reference, as though fully set forth herein, their responses to each of the proceeding paragraphs of this answer.

31. Answering paragraph 36, these answering Defendants generally and specifically deny each and every allegation contained in said paragraph.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims and each of them against these answering Defendants fail to state claims upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims and each of them are barred under the doctrine set forth in McMillian v. Monroe County, (1997) 117 S. Ct. 1734 and the Eleventh Amendment to the U.S. Constitution in that the conduct complained of occurred, if at all, on behalf of the State and not the County.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims and each of them are barred by the applicable statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims and each of them are barred for failure to exhaust administrative remedies.

### FIFTH AFFIRMATIVE DEFENSE

At all times mentioned in the Complaint Defendants, and each of them, were acting in good faith and entitled to the good faith qualified immunity.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims and each of them against these answering Defendants are barred by the immunities and defenses described in California Government Code §§ 815 et seq. and

900 et seq., of the Government Code.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims and each of them are barred on the grounds that reasonable suspicion and/or probable cause existed for this search, if any conducted.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs failed to exercise reasonable diligence so as to mitigate the damages, if any, alleged in the Complaint, and said conduct was the sole and proximate cause of said injuries.

### PRAYER FOR RELIEF

WHEREFORE, Defendants COUNTY OF SOLANO and GARY R. STANTON pray for judgment as follows:

1. That Plaintiffs' actions be dismissed;
2. That Plaintiffs take nothing by way of their Complaint;
3. That Defendants be awarded their costs of suit, including attorney fees; and
4. For such other relief as the Court deems proper.

DATED: August 18, 2008                PORTER SCOTT
                                      A Professional Corporation


                                      By   /s/ Terence J. Cassidy
                                           Terence J. Cassidy
                                           Attorneys for Defendants
                                           COUNTY OF SOLANO and
                                           GARY R. STANTON

### DEMAND FOR JURY TRIAL

Defendants COUNTY OF SOLANO and GARY R. STANTON hereby demand a trial by jury in the above-entitled action as provided by the Seventh Amendment to the United States Constitution and Federal Rule of Civil Procedure 38.

DATED: August 18, 2008                PORTER SCOTT
                                      A Professional Corporation


                                      By   /s/ Terence J. Cassidy
                                           Terence J. Cassidy
                                           Attorneys for Defendants
                                           COUNTY OF SOLANO and
                                           GARY R. STANTON

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

4

**DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

00606581.WPD