**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SOLANO and GARY R. STANTON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TODD, on behalf of himself and all those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SOLANO; SOLANO COUNTY SHERIFF GARY R. STANTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; SOLANO COUNTY SHERIFF'S DEPUTIES DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/ | Case No. CIV 07-0726 FCD EFB<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

PLEASE TAKE NOTICE that TERENCE J. CASSIDY will not be available for all purposes, including but not limited to receiving notices of any kind, responding to ex parte applications, appearing in court or appearing at depositions for the periods commencing Monday, March 30, 2009 through Monday, May 4, 2009, as he will be out of the country.

As of the date of execution hereof, the undersigned is aware of nothing calendared, such as, but not limited to, any hearings, depositions, trial or other matter pertaining to this case for said time period, and hereby asserts that there appears to be no prejudice to any party as a result of this Notice of Unavailability.

/ / / /

/ / / /

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

NOTICE OF UNAVAILABILITY OF COUNSEL

00646001.WPD

1 | Dated: January 13, 2009

PORTER SCOTT
A PROFESSIONAL CORPORATION

By      /s/Terence J. Cassidy
        Terence J. Cassidy
        Attorney for Defendants
        COUNTY OF SOLANO and
        GARY R. STANTON

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00646001.WPD

2

**NOTICE OF UNAVAILABILITY OF COUNSEL**