LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN. 043849
Joshua Kaizuka, SBN 212195
2001 P Street, Suite 100
Sacramento, California 95811
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
Email: mark@markmerin.com

Attorneys for Plaintiffs

PORTER | SCOTT
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Stephen W. Robertson, SBN 228708
350 University Ave., Suite 200
Sacramento, California 95825
Telephone: 916.929.1481
Facsimile: 916.927.3706
E-Mail: srobertson@porterscott.com

Attorneys for Defendants
COUNTY OF SOLANO and GARY R. STANTON

─o0o─

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

─o0o─

| | |
|---|---|
| MICHAEL TODD, JAMESY K. DAVIS, DEANGELA HARRIS, CARMEN HARRIS ROBINSON, BRADLEY WOLFE, on behalf of themselves and all those similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO; SOLANO COUNTY SHERIFF GARY R. STANTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; SOLANO COUNTY SHERIFF'S DEPUTIES DOES 1 through 100, and ROES 1 through 20, inclusive,<br><br>Defendants. | CASE NO: 2:07-cv-00726-FCD-EFB<br><br>**STIPULATION AND ORDER TO RESET HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**DATE:** May 29, 2009<br>**TIME:** 10:00 a.m.<br>**CTRM:** 2, 15th Floor<br>**JUDGE:** Hon. Frank C. Damrell, Jr. |

\\\

\\\

1

**STIPULATION & ORDER RESETTING HEARING ON PLTS' MOTION FOR CLASS CERTIFICATION**
*Todd, et al. v. Solano County, et al.;* USDC, No. Dist., Case No. 2:07-cv-00726-FCD-EFB

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that Plaintiffs' Motion for Class Certification be reset from March 29, 2009, to July 24, 2009.

Plaintiffs' Motion for Class Certification is scheduled to be filed this Friday, March 13, 2009. Defendants' opposition is presently scheduled to be filed on April 10, 2009. Pre-Certification discovery has been completed and, prior to filing a motion for class certification, it is necessary for the parties to meet to discuss whether the matter will proceed as a class action or not.

Plaintiffs' counsel, Mark E. Merin, who will be arguing this motion, is lead counsel in a medical malpractice trial involving a dozen expert witnesses in Fresno, California, which is set to begin on March 23, 2009 (*Ramirez v. Huljev*, Case No. 07CECB03673), and he has been traveling around the country for the past weeks taking depositions of experts and preparing for trial. Mr. Merin is also preparing for the recently noticed en banc oral argument which the US Court of Appeals, Ninth Circuit, has set for March 26, 2009 (*Bull v. San Francisco*, Case No. 05-17080).

Defendants' counsel, Terence J. Cassidy, who will be arguing this motion for class certification, is scheduled to be out of the office during the month of April when their opposition to this motion will be due.

The Final Pre-Trial Conference is scheduled for April 9, 2010, and resetting the hearing on Plaintiffs' Motion for Class Certification to July 24, 2009, will still allow the parties time for post-certification discovery.

The parties respectfully request that the Court continue the hearing on Plaintiffs' Motion for Class Certification to July 24, 2009. Plaintiffs' motion shall be filed no later than May 11, 2009; defendants' opposition no later than June 4, 2009; and plaintiffs' reply no later than June 29, 2009.

DATED:  March 10, 2009         Respectfully submitted,

         LAW OFFICE OF MARK E. MERIN

         /s/ - "Mark E. Merin"
BY:_____
         Mark E. Merin
         Attorneys for Plaintiffs

2

**STIPULATION & ORDER RESETTING HEARING ON PLTS' MOTION FOR CLASS CERTIFICATION**
*Todd, et al.  v. Solano County, et al.;* USDC, No. Dist., Case No. 2:07-cv-00726-FCD-EFB

DATED: March 10, 2009         Respectfully submitted,

PORTER SCOTT

BY: /s/ - "Terence J. Cassidy"
_____
Terence J. Cassidy
Attorneys for Defendants

## ORDER

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion for Class Certification be reset to July 24, 2009, at 10:00 a.m., in Courtroom 2, 15th Floor.  Plaintiffs' motion shall be filed no later than May 11, 2009.  Defendants' opposition shall be filed no later than June 4, 2009.  Plaintiffs' reply shall be filed no later than June 29, 2009.

DATED:  March 11, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATION & ORDER RESETTING HEARING ON PLTS' MOTION FOR CLASS CERTIFICATION**
*Todd, et al.  v. Solano County, et al.;* USDC, No. Dist., Case No. 2:07-cv-00726-FCD-EFB