1   **PORTER | SCOTT**
    A PROFESSIONAL CORPORATION
2   Terence J. Cassidy, SBN 99180
    Patricia L. Spiegel, SBN 256244
3   350 University Ave., Suite 200
    Sacramento, California 95825
4   TEL: 916.929.1481
    FAX: 916.927.3706
5
    Attorneys for Defendants COUNTY OF SOLANO and GARY R. STANTON
6

7                        **UNITED STATES DISTRICT COURT**

8                       **EASTERN DISTRICT OF CALIFORNIA**

9

10
    MICHAEL TODD, on behalf of himself          Case No. CIV.S-07-0726 FCD EFB
11  and all those similarly situated,

12          Plaintiffs,

13  vs.                                          **STIPULATION AND ORDER TO RESET
                                                 BRIEFING SCHEDULE REGARDING
                                                 PLAINTIFFS' MOTION FOR CLASS
14  COUNTY OF SOLANO; SOLANO              CERTIFICATION**
    COUNTY SHERIFF GARY R.
15  STANTON, IN HIS INDIVIDUAL AND
    OFFICIAL CAPACITIES; SOLANO
16  COUNTY SHERIFF'S DEPUTIES DOES       DATE: July 24, 2009
    1 through 20, inclusive,             TIME: 10:00 a.m.
17                                        CTRM: 2, 15th Floor
            Defendants.                   JUDGE: Hon. Frank C. Damrell, Jr.
18  _____/

19          IT IS HEREBY STIPULATED and AGREED by and between Plaintiff MICHAEL TODD

20  and Defendants COUNTY OF SOLANO and GARY R. STANTON, by and through their

21  undersigned counsel, that Plaintiffs' Motion for Class Certification currently scheduled to be filed

22  no later than May 11, 2009, shall now be filed no later than June 4, 2009; Defendants' opposition

23  currently scheduled to be filed no later than June 4, 2009, shall now be filed no later than June 25,

24  2009; and Plaintiffs' reply currently scheduled to be filed no later than June 29, 2009, shall now be

25  filed no later than July 9, 2009.

26          The parties submit good cause exists for the rescheduling of the briefing schedule regarding

27  Plaintiffs':

28  / / /

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
*www.porterscott.com*

00669384.WPD

1       On March 10, 2009, the parties stipulated and agreed to reset the hearing on Plaintiffs'

2   Motion for Class Certification. On March 11, 2008, the Court ordered that Plaintiffs' Motion for

3   Class Certification be reset to July 24, 2009 and set forth the current briefing schedule.

4       Thereafter, counsel for Plaintiffs served additional discovery on Defendants, responses to

5   which are presently due April 16, 2009. As indicated in the previous stipulation, lead counsel for

6   Defendants, Terence J. Cassidy, is scheduled to be out of the office during the month of April. As

7   such, counsel for Plaintiffs' have agreed to grant Defendants an extension within which to respond

8   to said discovery up to and including May 15, 2009. These discovery responses may assist counsel

9   in evaluating whether the matter will proceed as a class action. The proposed briefing schedule will

10  not affect the July 24, 2009 hearing date, but will allow counsel time to review the discovery

11  responses before filing a motion for class certification.

12      Given such, good cause exists for an extension to reset the briefing schedule as follows:

13  **Plaintiffs' Motion for Class Certification shall be filed no later than June 4, 2009; Defendants'**

14  **opposition no later than June 25, 2009; and Plaintiffs' reply no later than July 9, 2009.**

15

16                                          Respectfully submitted,

17  DATED : March 31, 2009               LAW OFFICES OF MARK E. MERIN

18
                                         By    /s/ Mark E. Merin
19                                              Mark E. Merin
                                                Attorneys for Plaintiffs,
20                                              MICHAEL TODD, et al.

21  DATED: March 31, 2009                PORTER SCOTT
                                         A PROFESSIONAL CORPORATION
22

23
                                         By    /s/  Terence J. Cassidy
24                                              Terence J. Cassidy
                                                Patricia L. Spiegel
25                                              Attorneys for Defendants,
                                                COUNTY OF SOLANO et al.
26

27  **IT IS SO ORDERED.**

    Dated: March 31, 2009
28

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00669384.WPD