**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Patricia L. Spiegel, SBN 256244
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SOLANO and GARY R. STANTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TODD, on behalf of himself and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SOLANO; SOLANO COUNTY SHERIFF GARY R. STANTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; SOLANO COUNTY SHERIFF'S DEPUTIES DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CIV.S-07-0726 FCD EFB<br><br>**STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>DATE: July 24, 2009<br>TIME: 10:00 a.m.<br>CTRM: 2, 15th Floor<br>JUDGE: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff MICHAEL TODD and Defendants COUNTY OF SOLANO and GARY R. STANTON, by and through their undersigned counsel, that Plaintiffs' Motion for Class Certification currently scheduled to be filed no later than May 11, 2009, shall now be filed no later than June 4, 2009; Defendants' opposition currently scheduled to be filed no later than June 4, 2009, shall now be filed no later than June 25, 2009; and Plaintiffs' reply currently scheduled to be filed no later than June 29, 2009, shall now be filed no later than July 9, 2009.

The parties submit good cause exists for the rescheduling of the briefing schedule regarding Plaintiffs':

/ / /

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00669384.WPD

On March 10, 2009, the parties stipulated and agreed to reset the hearing on Plaintiffs' Motion for Class Certification. On March 11, 2008, the Court ordered that Plaintiffs' Motion for Class Certification be reset to July 24, 2009 and set forth the current briefing schedule.

Thereafter, counsel for Plaintiffs served additional discovery on Defendants, responses to which are presently due April 16, 2009. As indicated in the previous stipulation, lead counsel for Defendants, Terence J. Cassidy, is scheduled to be out of the office during the month of April. As such, counsel for Plaintiffs' have agreed to grant Defendants an extension within which to respond to said discovery up to and including May 15, 2009. These discovery responses may assist counsel in evaluating whether the matter will proceed as a class action. The proposed briefing schedule will not affect the July 24, 2009 hearing date, but will allow counsel time to review the discovery responses before filing a motion for class certification.

Given such, good cause exists for an extension to reset the briefing schedule as follows: **Plaintiffs' Motion for Class Certification shall be filed no later than June 4, 2009; Defendants' opposition no later than June 25, 2009; and Plaintiffs' reply no later than July 9, 2009.**

Respectfully submitted,

DATED : March 31, 2009  LAW OFFICES OF MARK E. MERIN

By  /s/ Mark E. Merin
    Mark E. Merin
    Attorneys for Plaintiffs,
    MICHAEL TODD, et al.

DATED: March 31, 2009  PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/ Terence J. Cassidy
    Terence J. Cassidy
    Patricia L. Spiegel
    Attorneys for Defendants,
    COUNTY OF SOLANO et al.

**IT IS SO ORDERED.**

Dated: March 31, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00669384.WPD