1  LAW OFFICE OF MARK E. MERIN
   Mark E. Merin, SBN. 043849
2  Joshua Kaizuka, SBN 212195
   2001 P Street, Suite 100
3  Sacramento, California  95811
   Telephone:  (916) 443-6911
4  Facsimile:  (916) 447-8336
   Email: mark@markmerin.com
5
   Attorneys for Plaintiffs
6
   P O R T E R  |  S C O T T
7  A PROFESSIONAL CORPORATION
   Terence J. Cassidy, SBN 99180
8  350 University Ave., Suite 200
   Sacramento, California 95825
9  Telephone:  916.929.1481
   Facsimile:  916.927.3706
10 E-Mail:  tcassidy@porterscott.com

11
   Attorneys for Defendants
12 COUNTY OF SOLANO and GARY R. STANTON

13                              ---o0o---

14               UNITED STATES DISTRICT COURT

15            EASTERN DISTRICT OF CALIFORNIA

16                              ---o0o---

17

18 MICHAEL TODD, JAMESY K. DAVIS,        CASE NO:  2:07-cv-00726-FCD-EFB
   DEANGELA HARRIS, CARMEN HARRIS
19 ROBINSON, BRADLEY WOLFE, on behalf    STIPULATED REQUEST TO RESET
   of themselves and all those similarly situated;   HEARING ON PLAINTIFFS' MOTION
20                                       FOR CLASS CERTIFICATION;
                          Plaintiffs,   CONTINUE POST-CERTIFICATION
21 v.                                    CUT-OFF DATES; CONTINUE FINAL
                                         PRE-TRIAL CONFERENCE;
22 COUNTY OF SOLANO; SOLANO             [PROPOSED] ORDER
   COUNTY SHERIFF GARY R. STANTON,
23 IN HIS INDIVIDUAL AND OFFICIAL        DATE:        July 24, 2009
   CAPACITIES; SOLANO COUNTY            TIME:        10:00 a.m.
24 SHERIFF'S DEPUTIES DOES 1 through     CTRM:        2, 15th Floor
   100, and ROES 1 through 20, inclusive,   JUDGE:    Hon. Frank C. Damrell, Jr.
25                         Defendants.

26

27 ///

28 ///

                                        1

1   Plaintiffs' Motion for Class Certification is scheduled to be filed this Thursday, June 4,

2   2009.    Defendants' opposition is presently scheduled to be filed on June 25, 2009.    Post-

3   Certification discovery is presently scheduled to be completed by September 25, 2009, and Post-

4   Certification Expert Witness Disclosures are due no later than October 9, 2009.

5   The parties have been having meaningful settlement discussions and would like to continue

6   to investigate those settlement discussions prior to expending the time and money to file and/or

7   oppose a Motion for Class Certification and to hire experts necessary for the post-certification

8   disclosure deadline of October 9, 2009.

9   IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between

10   the parties hereto, that Plaintiffs' Motion for Class Certification be continued from July 24, 2009,

11   to September 18, 2009.    Plaintiffs shall e-file and e-serve their Motion for Class Certification no

12   later than July 30, 2009 (before 5:00 p.m.); Defendants shall e-file and e-serve their opposition (if

13   any) no later than August 19, 2009 (before 5:00 p.m.); and Plaintiffs shall e-file and e-serve their

14   reply (if any) no later than September 9, 2009 (before 5:00 p.m.).

15   IT IS FURTHER RESPECTFULLY REQUESTED AND STIPULATED, by and between

16   the parties hereto, that the Post-Certification Discovery deadline be extended from September 25,

17   2009, to November 30, 2009.

18   IT IS FURTHER RESPECTFULLY REQUESTED AND STIPULATED, by and between

19   the parties hereto, that the Post-Certification Expert Witness Disclosures deadline is extended from

20   October 9, 2009, to December 11, 2009.    The last day for any party who previously disclosed Post-

21   Certification expert witnesses to submit a supplemental list of expert witnesses who will express

22   an opinion on a subject covered by an expert designated by an adverse party, if the party

23   supplementing an expert witness designation has not previously retained an expert to testify on that

24   subject shall be extended from October 29, 2009, to December 31, 2009.    The last day for Post-

25   Certification expert discovery to be completed shall be continued from November 30, 2009, to

26   January 29, 2010.    All Post-Certification dispositive motions shall be heard no later than March 26,

27   2010.

28   ///

**STIPULATION & PROPOSED ORDER RESETTING HEARING ON PLTS' MOTION FOR CLASS CERTIFICATION**
*Todd, et al.  v. Solano County, et al.;* USDC, No. Dist., Case No. 2:07-cv-00726-FCD-EFB

1    IT IS FURTHER RESPECTFULLY REQUESTED AND STIPULATED, by and between

2  the parties hereto, that the Final Pretrial Conference, presently set for April 9, 2010, at 1:30 p.m.,

3  be continued to May 7, 2010, at 1:30 p.m.

4  DATED:  June 3, 2009                    Respectfully submitted,

5                                          LAW OFFICE OF MARK E. MERIN

6

7                                              /s/ - "Mark E. Merin"
                                         BY:_____
8                                              Mark E. Merin
                                               Attorneys for Plaintiffs
9
   DATED: June 3, 2009                    Respectfully submitted,
10
                                          PORTER SCOTT
11

12

13                                             /s/ - "Terence J. Cassidy"
                                         BY:_____
14                                             Terence J. Cassidy
                                               Attorneys for Defendants
15                               **<u>ORDER</u>**

16    IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion for Class Certification be

17  reset to September 18, 2009, at 10:00 a.m., in Courtroom 2, 15th Floor.  Plaintiffs' motion shall be

18  e-filed and e-served no later than July 30, 2009 (before 5:00 p.m.); Defendants' opposition (if any)

19  shall be e-filed and e-served no later than August 19, 2009 (before 5:00 p.m.); and Plaintiffs' reply

20  (if any) shall be e-filed and e-served no later than September 3, 2009 (before 5:00 p.m.).

21    IT IS FURTHER ORDERED that the Post-Certification Discovery deadline be continued

22  to November 30, 2009.

23    IT IS FURTHER ORDERED that the Post-Certification Expert Witness Disclosures

24  deadline is continued December 11, 2009.  The last day for any party who previously disclosed

25  Post-Certification expert witnesses to submit a supplemental list of expert witnesses who will

26  express an opinion on a subject covered by an expert designated by an adverse party, if the party

27  supplementing an expert witness designation has not previously retained an expert to testify on that

28  subject shall be December 31, 2009.  The last day for Post-Certification expert discovery to be

3

1  completed shall be January 29, 2010.  All Post-Certification dispositive motions shall be heard no

2  later than March 26, 2010.

3         IT IS FURTHER ORDERED that the Final Pretrial Conference, presently set for April 9,

4  2010, at 1:30 p.m., be continued to May 7, 2010, at 1:30 p.m.

5  DATED: _____

6                                    _____

7                                    HON. FRANK C. DAMRELL, JR.
                                     JUDGE, UNITED STATES DISTRICT COURT
8                                    EASTERN DISTRICT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4