1  LAW OFFICE OF MARK E. MERIN
   Mark E. Merin, SBN. 043849
2  Joshua Kaizuka, SBN 212195
   2001 P Street, Suite 100
3  Sacramento, California  95811
   Telephone:  (916) 443-6911
4  Facsimile:  (916) 447-8336
   Email: mark@markmerin.com

5  Attorneys for Plaintiffs

6  **PORTER | SCOTT**
7  A PROFESSIONAL CORPORATION
   Terence J. Cassidy, SBN 99180
8  350 University Ave., Suite 200
   Sacramento, California 95825
9  Telephone: 916.929.1481
   Facsimile: 916.927.3706
10 E-Mail: tcassidy@porterscott.com

11
   Attorneys for Defendants
12 COUNTY OF SOLANO and GARY R. STANTON

13
                          ---o0o---
14
              UNITED STATES DISTRICT COURT
15
              EASTERN DISTRICT OF CALIFORNIA
16
                          ---o0o---
17

| | |
|---|---|
| MICHAEL TODD, JAMESY K. DAVIS, DEANGELA HARRIS, CARMEN HARRIS ROBINSON, BRADLEY WOLFE, on behalf of themselves and all those similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO; SOLANO COUNTY SHERIFF GARY R. STANTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; SOLANO COUNTY SHERIFF'S DEPUTIES DOES 1 through 100, and ROES 1 through 20, inclusive,<br><br>Defendants. | CASE NO:  2:07-cv-00726-FCD-EFB<br><br>**STIPULATION AND ORDER TO RESET HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; CONTINUE POST-CERTIFICATION CUT-OFF DATES; CONTINUE FINAL PRE-TRIAL CONFERENCE**<br><br>**DATE:** July 24, 2009<br>**TIME:** 10:00 a.m.<br>**CTRM:** 2, 15th Floor<br>**JUDGE:** Hon. Frank C. Damrell, Jr. |

27 ///

28 ///

1

1  Plaintiffs' Motion for Class Certification is scheduled to be filed this Thursday, June 4,
2 2009. Defendants' opposition is presently scheduled to be filed on June 25, 2009. Post-
3 Certification discovery is presently scheduled to be completed by September 25, 2009, and Post-
4 Certification Expert Witness Disclosures are due no later than October 9, 2009.

5  The parties have been having meaningful settlement discussions and would like to continue
6 to investigate those settlement discussions prior to expending the time and money to file and/or
7 oppose a Motion for Class Certification and to hire experts necessary for the post-certification
8 disclosure deadline of October 9, 2009.

9  IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between
10 the parties hereto, that Plaintiffs' Motion for Class Certification be continued from July 24, 2009,
11 to September 18, 2009. Plaintiffs shall e-file and e-serve their Motion for Class Certification no
12 later than July 30, 2009 (before 5:00 p.m.); Defendants shall e-file and e-serve their opposition (if
13 any) no later than August 19, 2009 (before 5:00 p.m.); and Plaintiffs shall e-file and e-serve their
14 reply (if any) no later than September 9, 2009 (before 5:00 p.m.).

15  IT IS FURTHER RESPECTFULLY REQUESTED AND STIPULATED, by and between
16 the parties hereto, that the Post-Certification Discovery deadline be extended from September 25,
17 2009, to November 30, 2009.

18  IT IS FURTHER RESPECTFULLY REQUESTED AND STIPULATED, by and between
19 the parties hereto, that the Post-Certification Expert Witness Disclosures deadline is extended from
20 October 9, 2009, to December 11, 2009. The last day for any party who previously disclosed Post-
21 Certification expert witnesses to submit a supplemental list of expert witnesses who will express
22 an opinion on a subject covered by an expert designated by an adverse party, if the party
23 supplementing an expert witness designation has not previously retained an expert to testify on that
24 subject shall be extended from October 29, 2009, to December 31, 2009. The last day for Post-
25 Certification expert discovery to be completed shall be continued from November 30, 2009, to
26 January 29, 2010. All Post-Certification dispositive motions shall be heard no later than March 26,
27 2010.
28 ///

IT IS FURTHER RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the Final Pretrial Conference, presently set for April 9, 2010, at 1:30 p.m., be continued to May 7, 2010, at 1:30 p.m.

DATED: June 3, 2009    Respectfully submitted,

LAW OFFICE OF MARK E. MERIN

BY: /s/ - "Mark E. Merin"
Mark E. Merin
Attorneys for Plaintiffs

DATED: June 3, 2009    Respectfully submitted,

PORTER SCOTT

BY: /s/ - "Terence J. Cassidy"
Terence J. Cassidy
Attorneys for Defendants

## **ORDER**

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion for Class Certification be reset to September 18, 2009, at 10:00 a.m., in Courtroom 2, 15th Floor. Plaintiffs' motion shall be e-filed and e-served no later than July 30, 2009 (before 5:00 p.m.); Defendants' opposition (if any) shall be e-filed and e-served no later than August 19, 2009 (before 5:00 p.m.); and Plaintiffs' reply (if any) shall be e-filed and e-served no later than September 3, 2009 (before 5:00 p.m.).

IT IS FURTHER ORDERED that the Post-Certification Discovery deadline be continued to November 30, 2009.

IT IS FURTHER ORDERED that the Post-Certification Expert Witness Disclosures deadline is continued December 11, 2009. The last day for any party who previously disclosed Post-Certification expert witnesses to submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject shall be December 31, 2009. The last day for Post-Certification expert discovery to be

1 completed shall be January 29, 2010.  All Post-Certification dispositive motions shall be heard no
2 later than March 26, 2010.
3      IT IS FURTHER ORDERED that the Final Pretrial Conference, presently set for April 9,
4 2010, at 1:30 p.m., be continued to May 7, 2010, at **2:00 p.m.**
5 DATED:  June 4, 2009

                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE