1 | LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN. 043849
Joshua Kaizuka, SBN 212195
2001 P Street, Suite 100
Sacramento, California  95811
Telephone:  (916) 443-6911
Facsimile:  (916) 447-8336
Email: mark@markmerin.com

Attorneys for Plaintiffs

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
350 University Ave., Suite 200
Sacramento, California 95825
Telephone:  916.929.1481
Facsimile:  916.927.3706
E-Mail:  tcassidy@porterscott.com

Attorneys for Defendants
COUNTY OF SOLANO and GARY R. STANTON

---o0o---

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---o0o---

| | |
|---|---|
| MICHAEL TODD, JAMESY K. DAVIS, DEANGELA HARRIS, CARMEN HARRIS ROBINSON, BRADLEY WOLFE, on behalf of themselves and all those similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO; SOLANO COUNTY SHERIFF GARY R. STANTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; SOLANO COUNTY SHERIFF'S DEPUTIES DOES 1 through 100, and ROES 1 through 20, inclusive,<br><br>Defendants. | CASE NO:  2:07-cv-00726-FCD-EFB<br><br>**STIPULATION AND ORDER TO RESET HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; CONTINUE POST-CERTIFICATION CUT-OFF DATES; CONTINUE FINAL PRE-TRIAL CONFERENCE**<br><br>**DATE:**     July 24, 2009<br>**TIME:**     10:00 a.m.<br>**CTRM:**   2, 15th Floor<br>**JUDGE:**  Hon. Frank C. Damrell, Jr. |

///

///

1

1  Plaintiffs' Motion for Class Certification is scheduled to be filed this Thursday, June 4, 2009.  Defendants' opposition is presently scheduled to be filed on June 25, 2009.  Post-Certification discovery is presently scheduled to be completed by September 25, 2009, and Post-Certification Expert Witness Disclosures are due no later than October 9, 2009.

The parties have been having meaningful settlement discussions and would like to continue to investigate those settlement discussions prior to expending the time and money to file and/or oppose a Motion for Class Certification and to hire experts necessary for the post-certification disclosure deadline of October 9, 2009.

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that Plaintiffs' Motion for Class Certification be continued from July 24, 2009, to September 18, 2009.  Plaintiffs shall e-file and e-serve their Motion for Class Certification no later than July 30, 2009 (before 5:00 p.m.); Defendants shall e-file and e-serve their opposition (if any) no later than August 19, 2009 (before 5:00 p.m.); and Plaintiffs shall e-file and e-serve their reply (if any) no later than September 9, 2009 (before 5:00 p.m.).

IT IS FURTHER RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the Post-Certification Discovery deadline be extended from September 25, 2009, to November 30, 2009.

IT IS FURTHER RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the Post-Certification Expert Witness Disclosures deadline is extended from October 9, 2009, to December 11, 2009.  The last day for any party who previously disclosed Post-Certification expert witnesses to submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject shall be extended from October 29, 2009, to December 31, 2009.  The last day for Post-Certification expert discovery to be completed shall be continued from November 30, 2009, to January 29, 2010.  All Post-Certification dispositive motions shall be heard no later than March 26, 2010.

///

IT IS FURTHER RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the Final Pretrial Conference, presently set for April 9, 2010, at 1:30 p.m., be continued to May 7, 2010, at 1:30 p.m.

DATED:  June 3, 2009              Respectfully submitted,

                                        LAW OFFICE OF MARK E. MERIN

                                              /s/ - "Mark E. Merin"
                                 BY:_____
                                          Mark E. Merin
                                          Attorneys for Plaintiffs

DATED: June 3, 2009              Respectfully submitted,

                                        PORTER SCOTT

                                              /s/ - "Terence J. Cassidy"
                                 BY:_____
                                          Terence J. Cassidy
                                          Attorneys for Defendants

## **ORDER**

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion for Class Certification be reset to September 18, 2009, at 10:00 a.m., in Courtroom 2, 15th Floor.  Plaintiffs' motion shall be e-filed and e-served no later than July 30, 2009 (before 5:00 p.m.); Defendants' opposition (if any) shall be e-filed and e-served no later than August 19, 2009 (before 5:00 p.m.); and Plaintiffs' reply (if any) shall be e-filed and e-served no later than September 3, 2009 (before 5:00 p.m.).

IT IS FURTHER ORDERED that the Post-Certification Discovery deadline be continued to November 30, 2009.

IT IS FURTHER ORDERED that the Post-Certification Expert Witness Disclosures deadline is continued December 11, 2009.  The last day for any party who previously disclosed Post-Certification expert witnesses to submit a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party, if the party supplementing an expert witness designation has not previously retained an expert to testify on that subject shall be December 31, 2009.  The last day for Post-Certification expert discovery to be

1  completed shall be January 29, 2010.  All Post-Certification dispositive motions shall be heard no
2  later than March 26, 2010.
3       IT IS FURTHER ORDERED that the Final Pretrial Conference, presently set for April 9,
4  2010, at 1:30 p.m., be continued to May 7, 2010, at **2:00 p.m.**
5  DATED:  June 4, 2009

                       FRANK C. DAMRELL, JR.
                       UNITED STATES DISTRICT JUDGE