LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN. 043849
Joshua Kaizuka, SBN 212195
2001 P Street, Suite 100
Sacramento, California  95811
Telephone:  (916) 443-6911
Facsimile:  (916) 447-8336
Email: mark@markmerin.com

Attorneys for Plaintiffs

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
350 University Ave., Suite 200
Sacramento, California 95825
Telephone:  916.929.1481
Facsimile:  916.927.3706
E-Mail:  srobertson@porterscott.com

Attorneys for Defendants
COUNTY OF SOLANO and GARY R. STANTON

─o0o─

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

─o0o─

| | |
|---|---|
| MICHAEL TODD, JAMESY K. DAVIS, DEANGELA HARRIS, CARMEN HARRIS ROBINSON, BRADLEY WOLFE, on behalf of themselves and all those similarly situated;<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SOLANO; SOLANO COUNTY SHERIFF GARY R. STANTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; SOLANO COUNTY SHERIFF'S DEPUTIES DOES 1 through 100, and ROES 1 through 20, inclusive,<br><br>Defendants. | CASE NO:  2:07-cv-00726-FCD-EFB<br><br>**NOTICE OF SETTLEMENT** |

\\\

\\\

1

**NOTICE OF SETTLEMENT**
*Todd, et al.  v. Solano County, et al.;* USDC, East. Dist., Case No. 2:07-cv-00726-FCD-EFB

1  The parties have reached a settlement in this action.  The parties respectfully request the
2  Court to vacate all dates currently on calendar for this matter and to stay this matter for 30 days
3  while the parties finalize the settlement documents.

4  DATED:  September 3, 2009          Respectfully submitted,

5                                      LAW OFFICE OF MARK E. MERIN

6                                           /s/ - "Mark E. Merin"
7                                      BY:_____
                                            Mark E. Merin
8                                           Attorneys for Plaintiffs

11 DATED: September 3, 2009           Respectfully submitted,

12                                     PORTER SCOTT

13                                          /s/ - "Terence J. Cassidy"
14                                     BY:_____
                                            Terence J. Cassidy
15                                          Attorneys for Defendants

2

**NOTICE OF SETTLEMENT**
*Todd, et al.  v. Solano County, et al.;* USDC, East. Dist., Case No. 2:07-cv-00726-FCD-EFB