LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN. 043849
Joshua Kaizuka, SBN 212195
2001 P Street, Suite 100
Sacramento, California  95811
Telephone:  (916) 443-6911
Facsimile:  (916) 447-8336
Email: mark@markmerin.com

Attorneys for Plaintiffs

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
350 University Ave., Suite 200
Sacramento, California 95825
Telephone: 916.929.1481
Facsimile: 916.927.3706
E-Mail:  tcassidy@porterscott.com

Attorneys for Defendants
COUNTY OF SOLANO and GARY R. STANTON

---o0o---

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---o0o---

| | |
|---|---|
| MICHAEL TODD, JAMESY K. DAVIS, DEANGELA HARRIS, CARMEN HARRIS ROBINSON, BRADLEY WOLFE, on behalf of themselves and all those similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SOLANO; SOLANO COUNTY SHERIFF GARY R. STANTON, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; SOLANO COUNTY SHERIFF'S DEPUTIES DOES 1 through 100, and ROES 1 through 20, inclusive,<br><br>Defendants. | CASE NO:  2:07-cv-00726-FCD-EFB<br><br>**ORDER GRANTING SETTLEMENT AND DISMISSAL OF ACTION**<br><br>**DATE:**     NOT SET<br>**TIME:**      10:00 a.m.<br>**CTRM:**    2, 15th Floor<br>**JUDGE:**   Hon. Frank C. Damrell, Jr. |

GOOD CAUSE APPEARING from the joint motion of the parties for approval of the Stipulation of Settlement, this court hereby approves the Stipulation of Settlement.  No notice must be given to any group of persons of this settlement.

1

**ORDER GRANTING SETTLEMENT AND DISMISSAL OF ACTION**
*Todd, et al.  v. Solano County, et al.;* USDC, No. Dist., Case No.  2:07-cv-00726-FCD-EFB

1   Based on the written materials on file and good cause appearing therefore:

2       a.    The Settlement is approved;

3       b.    The Complaint is dismissed;

4       c.    The claims of Plaintiffs MICHAEL TODD, JAMESY K. DAVIS, DEANGELA HARRIS, CARMEN HARRIS ROBINSON, BRADLEY WOLFE and those listed in Exhibit A hereto are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: September 28, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2

**ORDER GRANTING SETTLEMENT AND DISMISSAL OF ACTION**
*Todd, et al. v. Solano County, et al.;* USDC, No. Dist., Case No. 2:07-cv-00726-FCD-EFB